UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| POTENTIALS DEVELOPMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> INTERNATIONAL ASSESSMENT NETWORK CORP., <br><br> Defendant. | NO. 05-1888JLR <br><br> SHOW CAUSE ORDER REQUIRING SUBMISSION OF INFORMATION REGARDING DIVERSITY JURISDICTION |

The complaint in this action provides the court with an insufficient basis to assess whether it has subject matter jurisdiction. Plaintiff is ordered within seven days of this order to serve and file a submission identifying the state where each Defendant corporation "has been incorporated and . . . has its principal place of business." 28 U.S.C. § 1332(c)(1). Plaintiff shall also state its basis for alleging that the amount in controversy in this action satisfies 28 U.S.C. § 1332(a). If attorneys' fees form part of the amount in controversy, Plaintiff shall state its basis for alleging that the fees are recoverable. Defendant's response to Plaintiff's submission, if any, shall be filed and served within seven days of the date of Plaintiff's submission.

Dated this 1st day of December, 2005.

_____
JAMES L. ROBART
United States District Judge

SHOW CAUSE ORDER